COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Sunil Kumar Mehta and Mehta Investments, Ltd. v. Mohammed Ahmed

Appellate case number:    01-20-00568-CV

Trial court case number:   2017-84654

Trial court:                     295th District Court of Harris County

On November 13, 2020, appellants, Sunil Kumar Mehta and Mehta Investments, Ltd., filed an unopposed motion to correct the deadline for the filing of appellants' brief. This Court's docket currently sets the deadline for appellants to file their brief as November 30, 2020. Appellants' motion asserts that their brief deadline may not yet be calculated, because the appellate record is not yet completed. *See* TEX. R. APP. P. 38.6(a).

The appellate record was initially due on September 9, 2020. *See* TEX. R. APP. P. 35.1(a). The clerk's record was filed on September 9, 2020. Also on September 9, 2020, Carl Browning, the official court reporter for the 295th District Court, filed a request to extend the deadline to file the reporter's record to October 9, 2020. In his request, Browning further represented that he was not the only court reporter involved in the appeal, identifying Kimberley Kidd, deputy court reporter for the 295th District Court, as also having records relevant to the appeal. On September 10, 2020, the Court granted the request, extending the deadline to file the reporter's record to October 9, 2020.

On October 7, 2020, Kidd filed a request to extend the deadline to file the reporter's record to November 9, 2020. The Court granted the request, extending the deadline to file the reporter's record to November 9, 2020. On October 30, 2020, Kidd filed a four-volume reporter's record with this Court. Based on that filing, the Court set a deadline for appellants to file their brief as November 30, 2020. *See* TEX. R. APP. P. 38.6(a).

On November 10, 2020, Browning filed a request to extend the deadline to file the reporter's record to December 9, 2020. On November 12, 2020, the Court granted the request, extending the deadline to file the reporter's record to December 9, 2020. Based on Browning's request, it appears the appellate record is not yet complete. Accordingly, the deadline for filing of appellants' brief cannot yet be determined.

For these reasons, appellants' motion is **granted**. Appellants' brief will be due no later than thirty days after the completion of the appellate record. *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.


Judge's signature: _____/s/ Terry Adams_____
                     ☑ Acting individually    ☐ Acting for the Court

Date: ____December 3, 2020__